1   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    RONALD S. LEMIEUX (SB# 120822)
2   DANIEL B. POLLACK (SB# 221176)
    Five Palo Alto Square
3   Sixth Floor
    Palo Alto, CA  94306-2155
4   Telephone:  (650) 320-1800
    Facsimile:  (650) 320-1900
5   ronaldlemieux@paulhastings.com

6   Attorneys for Defendants
    APOTEX, INC., APOTEX CORP. and NOVEX PHARMA
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   SYNTEX (U.S.A.) LLC, a Delaware          Case No. CV 01-2214 MJJ
     Corporation, and ALLERGAN, INC., a       Related Case:
13   Delaware corporation,                    Case No. C 05-02116 MJJ

14                         Plaintiffs,         [PROPOSED] ORDER GRANTING
                                               APPLICATION FOR ADMISSION OF
15              vs.                            MONA GUPTA AS ATTORNEY PRO HAC
                                               VICE
16   APOTEX, INC., a Canadian corporation,
     APOTEX CORP., a Delaware corporation,
17   and NOVEX PHARMA, a Canadian
     corporation
18
                           Defendants.
19

20

21

22          Mona Gupta, an active member in good standing of the bar of Pennsylvania,

23   having applied in the above-entitled action for admission to practice in the Northern District of

24   California on a *pro hac vice* basis, representing Apotex, Inc., Apotex Corp. and Novex Pharma.

25

26          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

27   and conditions of Civil L.R. 11-3.  All papers filed by the attorney shall indicate appearance *pro*

28   *hac vice.*  Service of papers upon and communication with co-counsel designated in the

Case No. CV 01-2214 MJJ

[PRO.] ORDER GRANTING APP. FOR ADMISSION OF
MONA GUPTA AS ATTORNEY PRO HAC VICE

1    application shall constitute notice to the party.

2

3    DATED: September _____, 2005
4              10/4/2005

5                                                    _____
                                                     MARTIN J. JENKINS
6                                                    United States District Judge

7    LEGAL_USW/52759457.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28