

**FILED**
OCT 17 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEP 16 2005

| | |
|---|---|
| 1 | HELLER EHRMAN WHITE & McAULIFFE LLP |
|   | ALEXANDER L. BRAINERD (Bar No. 42722) |
| 2 | KEITH R. WEED (Bar No. 95563) |
|   | CHRISTINE SAUNDERS HASKETT (Bar No. 188053) |
| 3 | OLGA RODSTEIN (Bar No. 209244) |
|   | TAWEN CHANG (Bar No. 215512) |
| 4 | 275 Middlefield Road |
|   | Menlo Park, CA 94025-3506 |
| 5 | Telephone: (650) 324-7000 |
|   | Facsimile: (650) 324-0638 |

Attorneys for Plaintiffs
SYNTEX (U.S.A.) LLC and ALLERGAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNTEX (U.S.A.) LLC, a Delaware corporation, and ALLERGAN, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC., a Canadian corporation, APOTEX CORP., a Delaware corporation and NOVEX PHARMA, a Canadian corporation, <br><br> Defendants. | Case No. C01-2214 MJJ ADR <br><br> **ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL** <br><br> Date: October 28, 2005 <br> Time: 2:00 p.m. <br> Dept.: Courtroom 11 <br> Judge: Hon. Martin J. Jenkins |

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C01-2214 MJJ ADR

1
2
Pursuant to Local Rule 79-5, Plaintiffs Syntex (U.S.A.) LLC and Allergan, Inc. hereby request to file designated portions of certain documents under seal:

1. **EXHIBIT A TO THE DECLARATION OF CHRISTINE SAUNDERS HASKETT IN SUPPORT OF PLAINTIFFS' MOTION RE THE SUBMISSION OF EXPERT TESTIMONY ON THE ISSUE OF OBVIOUSNESS.**

Both parties agree that this request to file under seal comports with Paragraph 12 of the Protective Order issued by this Court on November 14, 2001.

IT IS HEREBY ORDERED that the above-listed documents shall be filed under seal.

IT IS SO ORDERED.

DATED: Sep ___, 2004
10/14/2005

_____
The Honorable Martin J. Jenkins
United States District Judge
For the Northern District of California

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C01-2214 MJJ ADR