1 | ALEXANDER L. BRAINERD (Bar No. 42722)
KEITH R. WEED (Bar No. 95563)
2 | CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
HELLER EHRMAN LLP
3 | 333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
4 | Telephone: (415) 772-6000
Facsimile: (415) 772-6268
5 | christine.haskett@hellerehrman.com

6 | Attorneys for Plaintiffs
SYNTEX (U.S.A.) LLC and ALLERGAN, INC.

7 | RONALD S. LEMIEUX (Bar No. 120822)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
8 | Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94304
9 | Telephone: (650) 320-1800
Facsimile: (650) 320-1921

10 | ALAN H. BERNSTEIN (*pro hac vice*)
11 | ROBERT S. SILVER (*pro hac vice*)
MANNY D. POKOTILOW (*pro hac vice*)
12 | MONA GUPTA (*pro hac vice*)
WILLIAM J. CASTILLO (*pro hac vice*)
13 | CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
1635 Market Street
14 | Seven Penn Center – 12th Floor
Philadelphia, PA 19103-2212
15 | Telephone: (215) 567-2010
Facsimile: (215) 751-1142

16 | Attorneys for Defendants
17 | APOTEX, INC., APOTEX CORP., and NOVEX PHARMA

**FILED**

JAN 1 7 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20 | SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNTEX (U.S.A.) LLC, a Delaware corporation, and ALLERGAN, INC., a Delaware corporation, | Case No. C01-02214 MJJ |
| Plaintiffs, | Related Case:<br>Case No. C05-02116 MJJ |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER RE DURATION OF TEMPORARY RESTRAINING ORDER** |
| APOTEX, INC., a Canadian corporation, APOTEX CORP., a Delaware corporation, and NOVEX PHARMA, a Canadian corporation, | |
| Defendants. | Judge: Hon. Martin J. Jenkins<br>Dept: Courtroom 11 |

JOINT STIPULATION AND [PROPOSED] ORDER RE DURATION OF TEMPORARY RESTRAINING ORDER:
C01-2214 MJJ

1   WHEREAS, on December 29, 2005, the Court granted the application of Plaintiffs Syntex
2   (U.S.A.) LLC, now Roche Palo Alto LLC, and Allergan, Inc. for a Temporary Restraining Order;
3   and

4   WHEREAS, Plaintiffs have met and conferred with Defendants Apotex, Inc., Apotex Corp.,
5   and Novex Pharma regarding a schedule for the resolution of this matter; and

6   WHEREAS, the parties have agreed with one another, and with the Court, that a hearing on
7   the resolution of this matter will take place on February 15, 2006;

8   THEREFORE, by and through their respective counsel, the parties hereby stipulate that the
9   Temporary Restraining Order put in place by the Court's December 29, 2005 order shall extend
10  until the February 15, 2006 hearing.

DATED: January 12, 2006                HELLER EHRMAN LLP


                                       By  /s/ Christine Saunders Haskett
                                              CHRISTINE SAUNDERS HASKETT

                                       Attorneys for Plaintiffs
                                       SYNTEX (U.S.A.) LLC and ALLERGAN, INC.


DATED: January 12, 2006                PAUL, HASTINGS, JANOFSKY, & WALKER LLP


                                       By  /s/ Ronald S. Lemieux
                                              RONALD S. LEMIEUX

                                       Attorneys for Defendants
                                       APOTEX, INC., APOTEX CORP., and NOVEX
                                       PHARMA


IT IS SO ORDERED.

DATED: January 17, 2006

                                       _____
                                       The Honorable Martin J. Jenkins
                                       United States District Judge

1

JOINT STIPULATION AND [PROPOSED] ORDER RE DURATION OF TEMPORARY RESTRAINING ORDER:
C01-2214 MJJ

## ECF CERTIFICATION

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Joint Stipulation. In compliance with General Order 45.X.B, I hereby attest that Ronald S. Lemieux, Esq. has concurred in this filing.

DATED: January 12, 2006         HELLER EHRMAN LLP

                                By /s/ Christine Saunders Haskett

                                Attorneys for Plaintiffs
                                SYNTEX (U.S.A.) LLC and ALLERGAN, INC.

2
JOINT STIPULATION AND [PROPOSED] ORDER RE DURATION OF TEMPORARY RESTRAINING ORDER:
C01-2214 MJJ