IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTEX (USA) LLC, and ALLERGAN, INC., | No. C 01-02214 MJJ |
| Plaintiffs, | Related Case:<br>No. C 05-02116 MJJ |
| v. | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |
| APOTEX INC, APOTEX CORP., and NOVEX PHARMA, | |
| Defendants. | |

On December 16, 2005, Plaintiffs Syntex (USA) LLC, and Allergan, Inc. filed an Ex Parte Motion for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction (Doc. #429). In their Motion, Plaintiffs sought to prevent Defendants Apotex Inc., Apotex Corp., and Novex Pharma (collectively "Defendants") from commercially manufacturing, using, offering to sell, or selling within the United States, or importing into the United States any drug product the approval for which is sought through ANDA 76-109. On December 29, 2005, the Court granted Plaintiffs' Motion for a Temporary Restraining Order (Doc. #447). The parties subsequently stipulated that the Temporary Restraining Order would remain in effect until the Court's hearing on Plaintiffs' Motion for a Preliminary Injunction and concurrent re-hearing on Defendants' obviousness challenge to the patent-in-suit in accordance with the Federal Circuit's decision in *Syntex (U.S.A.) LLC v. Apotex, Inc.*, 407 F.3d 1371 (Fed. Cir. 2005). (*See* Docs. #463, #473.) On February 23, 2006, the Court held a hearing on Plaintiffs' Motion for Preliminary Injunction and on Defendants' obviousness challenge to the validity of the patent-in-suit.

1    Pursuant to Federal Rule of Civil Procedure 65(b), the Court may extend a temporary restraining
2 order beyond the initial 10-day period for good cause.  Here, because the findings made in the Court's
3 previous Order Granting Plaintiff's Motion for TRO remain unchanged, and because resolution of the
4 Defendants' challenge to the validity of the patent-in-suit based on obviousness will be dispositive of
5 this action, the Court finds that good cause exists to extend the temporary injunction currently in place
6 until the Court issues its Order resolving these matters.

**IT IS SO ORDERED.**

Dated: 2/23/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE