ALEXANDER L. BRAINERD (Bar No. 42722)
KEITH R. WEED (Bar No. 95563)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
HELLER EHRMAN LLP
333 Bush Street, Suite 3100
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
christine.haskett@hellerehrman.com

Attorneys for Plaintiffs
SYNTEX (U.S.A.) LLC and ALLERGAN, INC.

RONALD S. LEMIEUX (Bar No. 120822)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square, Sixth Floor
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1921

ALAN H. BERNSTEIN (*pro hac vice*)
ROBERT S. SILVER (*pro hac vice*)
MANNY D. POKOTILOW (*pro hac vice*)
MONA GUPTA (*pro hac vice*)
WILLIAM J. CASTILLO (*pro hac vice*)
CAESAR, RIVISE, BERNSTEIN, COHEN & POKOTILOW, LTD.
1635 Market Street
Seven Penn Center – 12th Floor
Philadelphia, PA 19103-2212
Telephone: (215) 567-2010
Facsimile: (215) 751-1142

Attorneys for Defendants
APOTEX, INC., APOTEX CORP., and NOVEX PHARMA

FILED
FEB 27 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNTEX (U.S.A.) LLC, a Delaware corporation, and ALLERGAN, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX, INC., a Canadian corporation, APOTEX CORP., a Delaware corporation, and NOVEX PHARMA, a Canadian corporation,<br><br>Defendants. | Case No. C01-02214 MJJ<br><br>Related Case:<br>Case No. C05-02116 MJJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DURATION OF TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Martin J. Jenkins<br>Dept: Courtroom 11 |

JOINT STIPULATION AND [PROPOSED] ORDER RE DURATION OF TEMPORARY RESTRAINING ORDER:
C01-2214 MJJ

1   WHEREAS, on December 29, 2005, the Court granted the application of Plaintiffs Syntex
2   (U.S.A.) LLC, now Roche Palo Alto LLC, and Allergan, Inc. for a Temporary Restraining Order;

3   WHEREAS, Plaintiffs met and conferred with Defendants Apotex, Inc., Apotex Corp., and
4   Novex Pharma regarding a schedule for the resolution of this matter;

5   WHEREAS, the parties agreed with one another, and with the Court, that a hearing on the
6   resolution of this matter would take place on February 15, 2006; and

7   WHEREAS, at Defendants' request, the parties and the Court have agreed to a continuance
8   of the hearing on the resolution of this matter until February 23, 2006;

9   THEREFORE, by and through their respective counsel, the parties hereby stipulate that the
10  Temporary Restraining Order put in place by the Court's December 29, 2005 order shall extend
11  until the February 23, 2006 hearing.

DATED: February 15, 2006            HELLER EHRMAN LLP

                                    By  /s/ Christine Saunders Haskett
                                        CHRISTINE SAUNDERS HASKETT

                                    Attorneys for Plaintiffs
                                    SYNTEX (U.S.A.) LLC and ALLERGAN, INC.


DATED: February 15, 2006            PAUL, HASTINGS, JANOFSKY, & WALKER LLP

                                    By  /s/ Ronald S. Lemieux
                                        RONALD S. LEMIEUX

                                    Attorneys for Defendants
                                    APOTEX, INC., APOTEX CORP., and NOVEX
                                    PHARMA


IT IS SO ORDERED.

DATED: February 27, 2006

                                    The Honorable Martin J. Jenkins
                                    United States District Judge

1

JOINT STIPULATION AND [PROPOSED] ORDER RE DURATION OF TEMPORARY RESTRAINING ORDER:
C01-2214 MJJ

### ECF CERTIFICATION

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Joint Stipulation. In compliance with General Order 45.X.B, I hereby attest that Ronald S. Lemieux, Esq. has concurred in this filing.

DATED: February 15, 2006          HELLER EHRMAN LLP

By /s/ Christine Saunders Haskett

Attorneys for Plaintiffs
SYNTEX (U.S.A.) LLC and ALLERGAN, INC.

2
JOINT STIPULATION AND [PROPOSED] ORDER RE DURATION OF TEMPORARY RESTRAINING ORDER:
C01-2214 MJJ