United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTEX (U.S.A.) LLC, a Delaware corporation; ALLERGAN, INC., a Delaware corporation, | No. C 01-02214 MJJ |
| Plaintiffs, | Related case: No. C 05-02116 MJJ |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING** |
| APOTEX INC., a Canadian corporation; APOTEX CORP., a Delaware corporation; and NOVEX PHARMA, a Canadian corporation. | |
| Defendants. / | |

On February 23, 2006, the Court held a hearing on Plaintiffs' Request for Preliminary Injunctive Relief and on Defendants' obviousness challenge. In reviewing the docket record, it does not appear that the parties filed proposed findings of fact and conclusions of law either before or after the hearing. Accordingly, the Court directs the parties to file proposed findings of fact and conclusions of law, *including citations to the evidentiary record*, when applicable, by 8:00 a.m., on Monday, March 20, 2006. Additionally, the parties shall submit to the Court a copy of their proposed findings of fact and conclusions of law on disk, in Wordperfect 10 format.

**IT IS SO ORDERED.**

Dated: March 14, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE